UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                            )<br>    v.                                                  )  Cause No. 1:21-cr-0048 TWP-DLP<br> DEMETRIUS JACKSON,                   )                                 -01<br>                                                              )<br>            Defendant.                        )| |

## GOVERNMENT'S NOTICE REGARDING EXPERT WITNESSES

The United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, and Michelle Brady, Assistant United States Attorney, hereby submit the following information regarding expert witnesses which the government intends to call during its case-in-chief, pursuant to Fed. R. Crim. P. 16(a)(1)(E):

### Forensic Science Testimony

Absent a stipulation to this relevant testimony, the United States intends to call Heather M. Miller, Senior Forensic Chemist with the North Central Laboratory (DEA). Ms. Miller examined suspected methamphetamine that was seized in the course of the investigation that led to the above captioned matter. A copy of Ms. Miller's curriculum vitae is attached at Exhibit 1. Ms. Miller will testify that she personally tested the substances that are listed in the lab reports (also attached at Exhibit 1).

Absent a stipulation to this relevant testimony, the United States intends to call Delana Brundage-Edwards, forensic scientist with the Drug Enforcement Administration. A copy of Ms. Brundage-Edwards' curriculum vitae is attached as Exhibit 1. Ms. Brundage-Edwards will testify that she personally tested the substances that are listed in the lab reports (attached at Exhibit 2).

The United States additionally intends to call Ryan Farrell, forensic scientist with the Indianapolis-Marion County Forensic Services Agency. Mr. Farrell's curriculum vitae is attached at Exhibit 3. Mr. Farrell will testify that he personally tested the substances that are listed in the lab reports, and based upon those reports, came to the conclusions that are listed in the reports (which are attached at Exhibit 4).

## Expert Testimony Regarding Firearms

The United States intends to call ATF Special Agent Steve Tastle. Agent Tastle will testify that he has examined the two firearms described in Count Four of the Superseding Indictment, and found them to be functional firearm. Moreover, based upon his training and experience, he has examined the firearms, and determined that they were manufactured outside the State of Indiana. Agent Tastle's curriculum vitae is attached at Exhibit 5.

## Expert Testimony Regarding Controlled Substances Trafficking

The United States intends to call Special Agent Michael Cline with the Drug Enforcement Administration (DEA) to testify to various controlled-substance

distribution activities as set forth herein. Agent Cline's *curriculum vitae* is attached at Exhibit 6. Agent Cline has received training from the DEA in narcotics-enforcement operations, and he has been involved in dozens of narcotics investigations. Agent Cline has testified on numerous occasions in judicial proceedings and prosecutions for violations of controlled substance laws (both as a fact witness, and as an expert witness). He has been involved in various types of electronic surveillance (including wiretap investigations in which he acted as case agent) and in the debriefing of defendants, witnesses, informants, and others who have knowledge of both the distribution and transportation of controlled substances and also the laundering and concealing of proceeds from drug trafficking. Agent Cline has received training in investigations involving the interception of wire and electronic communications. Agent Cline is familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances and their use of telephones and code language to conduct their transactions. Agent Cline is familiar with and has participated in all of the common methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, the use of pen registers, and undercover operations.

Agent Cline will testify regarding the amount of methamphetamine and marijuana that would be associated with personal use as opposed to distribution, and the price of these controlled substances in January 2021. Agent Cline will testify

that the amounts of marijuana seized in the course of the January 29, 2021 arrest of defendant Demetrius Jackson were amounts suitable solely for distribution, not for personal use/consumption. Agent Cline will testify regarding the manner in which these controlled substances are ingested by users (typically inhaled, injected, or smoked).

Agent Cline will testify regarding the use of firearms in furtherance of drug trafficking. That is, he will testify that based upon his experience, drug traffickers frequently possess firearms for the protection of themselves, their drugs, and their drug proceeds.

Agent Cline will testify regarding certain items possessed at the defendant's residence. Specifically, he will testify about the use of baggies, food savers, and scales in the context of drug trafficking. He will testify regarding the use of money counters in larger drug trafficking sales.

Additionally, Agent Cline will testify about the use of cellular phones in drug trafficking, and that it is common for drug traffickers to utilize multiple and changing cell phones, as this practice makes it more difficult for law enforcement to scrutinize their activities.

Finally, Agent Cline will testify about his knowledge of common code words for controlled substances which are found within a number of text messages that the United States will seek to admit at trial (contained at Exhibit 7). These code words include "zips" (meaning, ounces); "ice" (meaning, methamphetamine); "powder"

(meaning cocaine); "wax" (meaning concentrated THC); "crack" meaning cocaine base; "stings" (meaning drug customers); "g" (meaning gram); "dog" (meaning heroin); "whole one" and "bow" (both meaning, pound).

### Reciprocal Discovery Regarding Expert Witnesses

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the United States hereby requests a similar written summary regarding experts the Defendants may call at trial.

### Conclusion

Should the United States receive any additional reports from expert witnesses prior to the trial of this matter, the United States will provide this information to the defendant as soon as the information is obtained.

                                            Respectfully submitted,

                                            JOHN E. CHILDRESS
                                            Acting United States Attorney

                              By:    S:/Michelle P. Brady
                                            Michelle P. Brady
                                            Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, a copy of the foregoing Expert Notice will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: s/ Michelle P. Brady
Michelle P. Brady
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: michelle.brady@usdoj.gov