

Sun, Dec 13, 9:09 PM

> Bro what's up

> That money for the glock came from the wax sells

I'll call you back bro I'm shitting lol

The wAx sales was part of the 600 that was in the cabinet we done subtracted that out it was 1 zip and a half zip and we already bought the glock the day before you had me sell the wax

> If that's so bro the money ain't adding up

> There should be a lot more money here

> You done sold 2 zips of ice

> Almost 2 zips of powder

> Added that up

> Plus the wax



That's that's 2400 for the powdwr too

There's still a zip of ice that's 450 then 11 gs of powder that's 1100 bro plus the 1380 i already gave you plus the 6 gs of crack the 5gs of ice i still got the 100 cash i got

> And your adding this all up like im doing it for free and having me give you 100 a g off the shit all the way out that don't make sense why would I be out here doing all the hard work taking all the risk to not get anything

> Bro wym not getting anything we been 100 a g it out that's 2800 I only added it at 2400 a piece that's 400 in your pockets plus the ice and most the the stings has been mines

> I been blessing you don't get to acting weird nigga this is a lot of money and it all ain't even mines so hell yeah I been to be on it and it's not adding up right if I added it like it's supposed to be it'll be a lot more



Mon, Dec 14, 1:22 PM

What's up

Just woke up im bout to leave greenwood and go pick up some more $ and I'll bring you some by





Thu, Dec 17, 7:15 PM

How many zips you got left? My bro and his people bout to get everything I got then they want 4 more after that

Thu, Dec 17, 11:34 PM

So the dog isn't as good as what dude was talking about, but I got an idea to make it fire

I'm bout to bring you your $ for the 3 of those

Okay

And Ight

We will talk when I get there

Wya

I'm bout to come that way in just a min waiting on a couple other people

How long





> Lmk nigga I got some else wanting some too

Ok im trying to get ahold of em but they only ended up wanting 4

We still got powder right

> Naw I been selling it

Sat, Dec 19, 3:41 PM

I'm bout to head that way I passed back out I been sick throwing up and shit

> Ight

I got all your bread for both the things you gave me

> Bet

Sat, Dec 19, 4:51 PM

Have me 4 zips and another ball of the dog ready she's bringing me so I gotta hurray

> We gotta go get more



> I been waiting on you nigga

Ight ill be there in a min we bout to leave her house im just gonna have her drop me off there, I been waiting on her to get ready I didn't know we had to go get more

> Yea I been selling it

> I need you to go with me to get a car too

Ok my people just brought me more $ while I was waiting on her

Sat, Dec 19, 7:17 PM

Come on nigga these mfs all calling

> Don't rush me hoe

Lol they rushing .so

Me



iMessage
Fri, Dec 18, 2:09 AM

> You good

Sat, Dec 19, 11:25 PM

Sup

> You still need

Yea. At least four. But u have to give me like 45 minutes please

> Yea

My sister will be leaving in 15 minutes tops. Then it's cool to swing through

> Okay bet

I'm ready. Shit just let me putta down payment on a wholeone but if not I understand n I'll take 4 cash no matta wat

> I'll come talk to you









