UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
  v. )
) Cause No. 1:21-cr-0048-TWP-DLP
DEMETRIUS JACKSON, ) -01
)
        Defendant. )

## **EXHIBIT LIST**

| UNITED STATES' EXHIBITS | | |
|---|---|---|
| **Trial #** | **Description** | **Objections** |
| | | |
| 1 | Marijuana (454.68 grams) | |
| 2 | Marijuana (444.94 grams) | |
| 3 | Marijuana (456.87 grams) | |
| 4 | Marijuana (444.57 grams) | |
| 5 | Marijuana (459.20 grams) | |
| 6 | Marijuana (467.85 grams) | |
| 7 | Marijuana (467.43 grams) | |
| 8 | Marijuana (441.18 grams) | |
| 9 | Fentanyl (2.31 grams) | |
| 10 | Methamphetamine (131.02 grams) | |
| 11 | Methamphetamine (877.1 grams) | |
| | | |
| 12 | Photo: overall of 41 Schiller Street | |
| 13 | Photo: money counter from bedroom | |
| 14 | Photo: black scale | |
| 15 | Photo: gun safe with Century Arms rifle, Winchester 12-gauge shotgun, and Heritage rifle | |
| 16 | Photo: Century Arms rifle (after seizure) | |
| 17 | Photo: Winchester 12-gauge shotgun (after seizure) | |
| 18 | Photo: Heritage rifle (after seizure) | |
| 19 | Photo: Trooper revolver, unloaded | |

|    | Description | |
|----|---|---|
| 20 | Photo: Smith & Wesson from under bed | |
| 21 | Photo: flip phone 418.3736 | |
| 22 | Photo: meth in tupperware | |
| 23 | Photo: black and silver scale on top of tupperware | |
| 24 | Photo: methamphetamine from grocery bag in trashcan | |
| | | |
| 25 | Photo: 125 Albany Street | |
| 26 | Diagram: 125 Albany Street | |
| 27 | Photo: kitchen, white scale and baggie of marijuana | |
| 28 | Photo: kitchen, black scale and baggie of marijuana | |
| 29 | Photo: kitchen, drawer w/marijuana, heat sealer, packaging material | |
| 30 | Photo: kitchen, money counter and box of ammunition | |
| 31 | Photo: kitchen, closet containing money counter | |
| 32 | Photo: kitchen, drawer with boxed ammunition | |
| 33 | Photo, kitchen, closet with drum magazine box | |
| 34 | Photo: kitchen, closet with M-4 magazine in packaging | |
| 35 | Photo: kitchen, pantry showing rifle in rifle bag | |
| 36 | Photo: kitchen, pantry showing scale inside tupperware container | |
| 37 | Photo: southwest bedroom, backpack with two smartphones | |
| 38 | Photo: southwest bedroom, two smartphones from backpack | |
| 39 | Photo: southwest bedroom, overview with gun safe | |
| 40 | Photo: southwest bedroom, inside the gun safe | |
| 41 | Photo: southwest bedroom, package of marijuana from floor of safe | |
| 42 | Photo: southwest bedroom closet, empty holster and FNH gun box | |

| | | |
|---|---|---|
| 43 | Photo: southwest bedroom closet, closeup of FNH gunbox | |
| 44 | Photo: southwest bedroom closet, opened FNH gunbox | |
| 45 | Photo: southwest bedroom, shoebox from top of dresser containing coins and loose ammunition | |
| 46 | Photo: southwest bedroom, overall of dresser drawers | |
| 47 | Photo: southwest bedroom, dresser drawer containing linking documents and an empty holster | |
| 48 | Photo: southwest bedroom, dresser drawer containing linking documents and loaded magazine | |
| 49 | Photo: southwest bedroom, black Canik TP9 9mm | |
| 50 | Photo: southwest bedroom, bedpost with cloth bag | |
| 51 | Photo: southwest bedroom, cloth bag opened with visible currency | |
| 52 | Photo: family room, loose round of ammunition | |
| 53 | Photo: family room, monitor for surveillance cameras | |
| 54 | Photo: dining room, eTalk flip phone from dining room table | |
| 55 | Photo: box with "Money Meach" engraving | |
| 56 | Photo: basement, shooting range burm | |
| 57 | Photo: basement, numerous spent shell casings | |
| 58 | Photo: basement, trash bag containing several bags of marijuana | |
| 59 | Photo: basement, plastic bag containing marijuana | |
| 60 | kitchen, white scale | |
| 61 | kitchen, black scale | |
| 62 | kitchen, box of ammunition | |
| 63 | kitchen, box of ammunition | |
| 64 | kitchen, rifle in bag | |
| 65 | kitchen, scale inside tupperware container | |
| 66 | southwest bedroom, smartphone | |

| | | |
|---|---|---|
| 67 | southwest bedroom, empty holster and FNH gun box | |
| 68 | southwest bedroom, loose ammunition | |
| 69 | southwest bedroom, linking documents | |
| 70 | southwest bedroom, empty holster | |
| 71 | southwest bedroom, loaded magazine | |
| 72 | southwest bedroom, black Canik TP9 9mm | |
| 73 | family room, loose round of ammunition | |
| 74 | dining room, eTalk flip phone from dining room table | |
| 75 | CD: security system clips | |
| | | |
| 76 | Smartphone screenshot: texts with phone number (317) 520-6445 | |
| 77 | Smartphone screenshot: texts with phone number (765) 615-5034 | |
| 78 | Smartphone screenshot: texts with phone number (317) 443-2930 | |
| 79 | Smartphone screenshot [Facebook screen name 'Tyler Jaxon'] | |
| 80 | Smartphone screenshot: texts with contact name 'Baby' | |
| 81 | Smartphone screenshot: text with phone number (317) 520-6445, dated 1/6/2021 | |
| | | |
| 82 | CD: Post-Miranda statement at 9:48 a.m. on 1/29/2021 | |
| 82-T | Transcript of Post-Miranda statement at 9:48 a.m. | |
| 83 | CD: Post-Miranda statement at 10:10 a.m. on 1/29/2021 | |
| 83-T | Transcript of Post-Miranda statement at 10:10 a.m. | |
| 84 | CD: Post-Miranda statement at 10:30 a.m. on 1/29/2021 | |
| 84-T | Transcript of Post-Miranda statement at 10:30 a.m. | |
| | | |
| 85 | Chart: value of controlled substances | |

| | **DEFENDANT'S EXHIBITS** | |
|---|---|---|
| **Trial #** | **Description** | **Objections** |
| | | |

                Respectfully submitted,

                JOHN E. CHILDRESS
                Acting United States Attorney

By:   S:/*Michelle P. Brady*
       Michelle P. Brady
       Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, a copy of the foregoing Exhibit List was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          By:    s/*Michelle P. Brady*
                    Michelle P. Brady
                    Assistant United States Attorney
                    Office of the United States Attorney
                    10 W. Market St., Suite 2100
                    Indianapolis, Indiana 46204-3048
                    Telephone: (317) 226-6333
                    Fax: (317) 226-6125
                    E-mail: Michelle.Brady@usdoj.gov